

0 BROADWAY, NEW YORK, NY 10271
212.980.9291   WWW.KBRLAW.COM

February 28, 2020

LAURA B. JUFFA
DIRECT: 646.367.6716
LJUFFA@KBRLAW.COM

**VIA ECF**

Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/28/20
>
> **MEMO ENDORSED**
>
> Application GRANTED. The telephonic conference scheduled for March 5, 2020, at 10:00 a.m., is ADJOURNED to **March 16, 2020, at 10:30 a.m.** If the parties are unavailable on that date, they shall promptly call chambers to discuss alternative dates. SO ORDERED.
>
> Barbara Moses, U.S.M.J., February 28, 2020

Re:   *Mohamed Farghaly v. Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd., et al.*
      S.D.N.Y. Civil Action No.: 18-CV-11106 (AJN)(BM)

Dear Judge Moses:

We represent all Defendants in the above-referenced matter. Pursuant to Court's February 24, 2020 Order, there is a Telephone Conference scheduled for March 5, 2020 at 10:00 a.m. (Docket No. 22). Pursuant to Paragraph 2(a) of Your Honor's Individual Rules of Practice, we write with the consent of Plaintiff's counsel to request a short adjournment of the March 5, 2010 conference due to a scheduling conflict. I am currently scheduled to attend a meeting with multiple participants on March 5, 2020 at 10:00 a.m. I am not able to reschedule the meeting, which was scheduled prior to receipt of the Court's Order.

The parties conferred and counsel are available on: March 4, 2020; March 11, 2020; or a date thereafter that is convenient for the Court.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Laura B. Juffa

cc: (*via* ECF):
Ishan Dave, Esq.
The Derek Smith Law Group
*Attorneys for Plaintiff*

NEW YORK     NEW JERSEY     CONNECTICUT     CALIFORNIA

6287412