UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MOHAMED FARGHALY,

    Plaintiff,

-against-

POTAMKIN CADILLAC-BUICK-
CHEVROLET-GEO, LTD., et al.,

    Defendants.

18-CV-11106 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The telephonic conference scheduled for March 16, 2020, at 10:30 a.m., shall be conducted using the following dial-in information:

Call in number:     888-363-4749
Access Code:       7185839

The parties are directed to dial in to this teleconference line on **March 16, 2020, at 10:30 a.m.**

Dated: New York, New York
        March 10, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**