UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2020

Mohamed Farghaly,

        Plaintiff,

–v–

Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd., *et al.*,

        Defendants.

18-CV-11106 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the Court's March 3, 2020, order in the above-captioned matter, Dkt. No. 27, a post-discovery status conference is scheduled for April 21, 2020. In light of this deadline, it is hereby ORDERED that by April 14, 2020, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: April __7__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge