USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mohamed Farghaly,

        Plaintiff,

–v–

Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd., et al.,

        Defendants.

---

18-cv-11106 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will not be available to try this case in September, and the jury trial date of September 13, 2021, is vacated. By June 11, 2021, the parties should confer and submit a letter with proposed trial dates for the fourth quarter of 2021.

    SO ORDERED.

Dated: June 2, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge