UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohamed Farghaly,

                Plaintiff,

    –v–

Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd., *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2021

18-CV-11106 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated in the Court's order dated July 30, 2021, trial is tentatively scheduled for February 28, 2022. Dkt. No. 86. The Court therefore adjourns the final pretrial conference scheduled for August 18, 2021, to January 17, 2022, at 1:00 p.m.

SO ORDERED.

Dated: August 11, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge