UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Farghaly,

            Plaintiff,

–v–

Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd. et al.,

            Defendants.

18-cv-11106 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 11, 2021, the Court informed the parties that it set a tentative trial date for February 28, 2022. Dkt. No. 87. With that tentative date in mind, the Court also scheduled a final pretrial conference for January 17, 2022. Dkt. No. 88. The Court accordingly requested a jury trial for February 28, 2022, date pursuant to the COVID rules for centralized jury trial scheduling in the district. The Clerk's Office has now notified the Court that a jury trial in this case has been scheduled to commence on March 10, 2022.

    Because the date that the Court received is different from the one requested, the parties are ORDERED to file by December 8, 2021, a joint letter confirming that they are able to proceed to trial on March 10, 2022. That letter shall also propose a schedule for filing the materials required by the Court's Individual Rule 6.

    Further, in light of this revised firm trial date, it is hereby ORDERED that the final pretrial conference scheduled for January 17, 2022, is adjourned to Thursday, March 3, 2022 at 11:00 AM, in Courtroom 906 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: December 9, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge