```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohamed Farghaly,

                Plaintiff,

–v–

Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd., *et al.*,

                Defendants.

18-CV-11106 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has requested a tentative jury trial date of May 9, 2022. Dkt. No. 93. The Curt therefore adjourns the final pretrial conference scheduled for March 3, 2022, to April 28, 2022 at 10:00 AM in Courtroom 906, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: February 23, 2022
       New York, New York

                                            _____
                                                ALISON J. NATHAN
                                             United States District Judge