UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

Mohamed Farghaly.,                                         :

                                           Plaintiff,      :

                                                           :
                                                           :          18-CV-11106 (VEC)
                          -against-                        :
                                                           :              ORDER
Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd., et            :
al.,                                                       :
                                                           :
                                          Defendants.      :
------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:    4/12/22 |

VALERIE CAPRONI, United States District Judge:

   WHEREAS this case has been reassigned to the Undersigned;

   IT IS HEREBY ORDERED that the Final Pre-Trial conference currently scheduled for

April 28, 2022, at 10:00 a.m. is adjourned *sine die*.

   IT IS FURTHER ORDERED that the parties must submit a joint letter of not more than 5

pages not later than **April 19, 2022**, informing the Court of the status of the case, including:

   (1) a brief description of the case, including the factual and legal bases for their claim(s)

   and defense(s),

   (2) the basis for subject-matter jurisdiction,

   (3) any existing or contemplated motions, and

   (4) the prospect for settlement, including

        (i) a confirmation that the parties have met and conferred, and

        (ii) whether the parties request an immediate referral to either the court-annexed

        mediation program or the case's assigned magistrate judge.

IT IS FURTHER ORDERED that, in light of the unlikelihood that the Undersigned can proceed with the tentative jury trial date in this case for early May, the parties must inform the Court of their availability for trial in Q3 and Q4.

**SO ORDERED.**

**Date:  April 12, 2022**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**