UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MOHAMED FARGHALY,

                   Plaintiff,

     -against-

POTAMKIN CADILLAC-BUICK-CHEVROLET-
GEO, LTD., *et al.*,

                  Defendants.
-------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/18/22 |

18-CV-11106 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties previously indicated to the Court that they are available in November and early December 2022 for trial, *see* Dkt. 97; and

    WHEREAS the Court will not be available to try this case before January 2023;

    IT IS HEREBY ORDERED that, not later than **Monday, August 1, 2022,** the parties must inform the Court the dates they are available for trial in January and February 2023.

**SO ORDERED.**

**Date: July 18, 2022**
**New York, NY**

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**