USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
Mohamed Farghaly,

                       Plaintiff,

            -against-

Potamkin Cadillac-Buick-Chevrolet-Geo, Ltd., et al.,

                      Defendants.
------------------------------------------------------------- X

18-CV-11106 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the current deadline for the parties to submit their joint pretrial order ("JPTO"), pre-marked trial exhibits, requests to charge, and proposed voir dire questions is Wednesday, January 18, 2023, *see* Dkt. 108; and

WHEREAS on January 18, 2023, the parties appeared before the Court via teleconference;

IT IS HEREBY ORDERED that for the reasons stated during the teleconference, the deadline for the parties to submit their JPTO and accompanying materials is extended from Wednesday, January 18, 2023 until **Wednesday, January 25, 2023**. **This deadline will not be extended any further.**

IT IS FURTHER ORDERED that the parties are encouraged to promptly notify the Court if they decide to settle the case instead of proceeding to trial.

**SO ORDERED.**

Date: January 18, 2023
        New York, NY

_____
**VALERIE CAPRONI
United States District Judge**